UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ANTHONY MARTIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:23-cv-00058-MPB-MKK ) |
| NICHOLAS DONOVAN, *et al.*, | ) ) |
| Defendants. | ) |

# FINAL JUDGMENT

The Court has ordered that this action be **dismissed with prejudice**. The Court now enters **FINAL JUDGMENT**.

Date: 5/21/2025

Kristine L. Seufert, Clerk

BY: ___Tina M. Doyle___
Deputy Clerk, U.S. District Court

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

ANTHONY MARTIN
945288
WABASH VALLEY - CF
Wabash Valley Correctional Facility
Electronic Service Participant – Court Only

Douglass R. Bitner
Stoll Keenon Ogden PLLC
doug.bitner@skofirm.com

Benjamin Cardwell
benjamin.cardwell@atg.in.gov

Gustavo Angel Jimenez
INDIANA ATTORNEY GENERAL
gustavo.jimenez@atg.in.gov

Katherine A Meltzer
Office of Indiana Attorney General
katherine.meltzer@atg.in.gov